IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Clay

Plaintiff(s),

v.

VHS West Suburban Medical Center, Inc.

Defendant(s).

Case No. 21-cv-1634
Judge Robert M. Dow

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

**X** other: Plaintiff's claims for contribution against the United States are premature, those claims (Counts I through IV of the third-party complaint) are dismissed without prejudice. And in the absence of a valid third-party claim against the United States at this time, the Court lacks subject matter jurisdiction over the entire action. Accordingly, the Clerk is directed to remand this case to the Circuit Court of Cook County forthwith.

---

This action was *(check one)*:

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge          without a jury and the above decision was reached.
**X** decided by Judge          on a motion

Date: 10/20/2021                              Thomas G. Bruton, Clerk of Court

Carolyn Hoesly, Deputy Clerk